UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

FILED BY _____ D.C.

05 SEP 15 PM 2:52

THOMAS M. GOULD
CLERK, US DISTRICT COURT
MEMPHIS

[X] 417 U.S. COURTHOUSE
111 S. HIGHLAND
JACKSON, TN 38301
(731) 421-9273
FAX (731) 421-9272

[ ] 934 FEDERAL BUILDING
167 N. MAIN
MEMPHIS, TN 38103
(901) 495-1495
FAX (901) 495-1324

September 14, 2005

Mr. Richard B. Fields
Law Office of Richard B. Fields
688 Jefferson Avenue
Memphis, Tennessee 38105

Mr. Michael R. Marshall
Stokes, Bartholomew, Evans & Petree
1000 Ridgeway Loop Road
Suite 200
Memphis, Tennessee 38120

RE:   *Florida Garman v George Cole, et al.*
      United States District Court No.: 03-2653-An

Counsel:

This will confirm that a jury trial has been scheduled in the above-referenced matter for **MONDAY, NOVEMBER 14, 2005, at 9:30 a.m.** I will advise you of the courtroom assigned for this trial at a later date.

The parties shall confer and submit a proposed joint pretrial order on or before **October 28, 2005**. Please fax a copy of the joint pretrial order to my chambers in Jackson at (731) 421-9272.

At this point, I do not see the necessity for a pretrial conference, however, if there are matters which you believe should be discussed in such a conference, please advise me no later than **October 24, 2005** and a conference will be set either in my chambers or by telephone. Additionally, if deposition medical testimony will be introduced into evidence during the trial, please submit copies of those depositions to my chambers in Jackson no later than **October 24, 2005**.

If you have any other questions about this matter, please advise.

Sincerely,

S. Thomas Anderson
U. S. Magistrate Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:03-CV-02653 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Honorable S. Anderson
US DISTRICT COURT