IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MEMPHIS

FILED BY ___ D.C.

05 SEP 28 PM 3: 01

THOMAS M. GOULD
CLERK, U.S DISTRICT COURT
W/D OF TN MEMPHIS

FLORIDA GARMON,

    Plaintiff,

v.

Case No. 03-2653 An

GEORGE COLE, in his official capacity
As Principal of Fairview Junior High
School and individually; MEMPHIS
CITY SCHOOL BOARD; and individually
JOHNNIE B. WATSON, in his official
capacity as Superintendent of Education
for the City of Memphis,

    Defendants.

---

## [PROPOSED] ORDER MODIFYING SCHEDULING ORDER

---

Upon the Joint Motion to Extend the Discovery Deadline, Dispositive Motion Deadline, and Trial Date, and for good cause shown, the scheduling order in this cause is hereby modified as follows:

Discovery Deadline: **October 31, 2005.**

Dispositive Motions: **November 30, 2005.**

Response to Dispositive Motions: **December 30, 2005.**

The Court will send notices of a new trial date, pretrial order deadline, and pretrial conference deadline in this matter, if needed.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

1

IT IS SO ORDERED.

*[signature]*
Hon. S. Thomas Anderson
United States Magistrate Judge

DATE: September 26, 2005

APPROVED FOR ENTRY:

Evans & Petree, P.C.

*[signature]*
Michael R. Marshall, # 15225
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120
901-525-6781
Counsel for Defendants

*[signature: Richard B. Fields (by permission MRM)]*
Richard B. Fields # 4744
688 Jefferson Avenue
Memphis, Tennessee 38103
901-543-4299
Counsel for Plaintiff

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:03-CV-02653 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Honorable S. Anderson
US DISTRICT COURT