IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| FLORIDA GARMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.: 03-2653-An |
| | ) | |
| GEORGE COLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING TRIAL

The Court hereby sets this matter for trial by jury on **TUESDAY, MARCH 21, 2006 at 10:00 a.m.** and is expected to last 2-3 days. A joint pretrial order shall be submitted no later than 4:30 p.m. on or before **MONDAY, MARCH 13, 2006.** The proposed <u>joint</u> pretrial order should include any stipulated facts, contested issues of fact and/or law, list of witnesses and exhibits and should be signed by the attorneys for all the parties.

The parties shall submit proposed jury instructions to the Court by **MONDAY, MARCH 13, 2006.** Failure to present the proposed jury instructions may be deemed a waiver with regard to presentation at a later date.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

1

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: _October 03, 2005_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:03-CV-02653 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable S. Anderson
US DISTRICT COURT