FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS

05 OCT -5 PM 2: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

FLORIDA GARMON,

    Plaintiff,

v.    Case No. 03-2653 An

GEORGE COLE, in his official capacity
As Principal of Fairview Junior High
School and individually; MEMPHIS
CITY SCHOOL BOARD; and individually
JOHNNIE B. WATSON, in his official
capacity as Superintendent of Education
for the City of Memphis,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AS TO GEORGE COLE AND JOHNNIE B. WATSON

Upon Stipulation of Dismissal submitted by the Plaintiff, pursuant to FRCP 41(a), it is hereby,

ORDERED, that the complaint filed by the Plaintiff as to George Cole and Johnnie B. Watson is dismissed with prejudice. The cause of action against the Board of Education of the Memphis City Schools remains unaffected by this order.

_____
Hon. S. Thomas Anderson
United States Magistrate Judge

October 05, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

1

APPROVED FOR ENTRY:

Evans & Petree, PC.

_____
Michael R. Marshall,                # 15225
1000 Ridgeway Loop Road, Suite 200
Memphis, TN  38120
901-525-6781
Attorneys for the Defendants


_____
Richard B. Fields  # 4744
688 Jefferson Avenue
Memphis, Tennessee  38103
901-543-4299
Counsel for Plaintiff

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:03-CV-02653 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Michael R. Marshall
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable S. Anderson
US DISTRICT COURT